[Cite as *Higginbottom v. Hunsinger-Stuff*, 2024-Ohio-631.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## PORTAGE COUNTY

EL MALIK QAWI ASADULLAH BEY
(ex rel. RONALD LEWIS
HIGGINBOTTOM, II, ens legis.),

        Petitioner,

- vs -

ANGELA HUNSINGER-STUFF, et al.,

        Respondents.

CASE NO. 2023-P-0079

Original Action for Writ
of Habeas Corpus

---

**P E R   C U R I A M**
**O P I N I O N**

Decided: February 20, 2024
Judgment: Petition dismissed

---

*Ronald Lewis Higginbottom II*, pro se, PID# A623-020, Allen-Oakwood Correctional Institution, 2338 North West Street, P.O. Box 4501, Lima, OH 45802 (Petitioner).

*Dave Yost*, Ohio Attorney General, and *Lisa K. Browning,* Assistant Attorney General, Criminal Justice Section, State Office Tower, 30 East Broad Street, 23rd Floor, Columbus, Ohio 43215 (For Respondents).

PER CURIAM.

{¶1}   Petitioner, Ronald Lewis Higginbottom II a.k.a. El Malik Qawi Asadullah Bey, has filed an original action seeking a writ of habeas corpus. Petitioner contends that he is unlawfully imprisoned in the Allen-Oakwood Correctional Institution in Lima, Ohio. Respondents filed a motion to dismiss the petition pursuant to Civ.R. 12(B)(6). For the following reasons, we dismiss the petition.

{¶2} Petitioner is currently imprisoned as a result of his conviction for two counts of Attempted Murder, Aggravated Burglary, Tampering With Evidence, and three firearm specifications in *State v. Higginbottom*, Portage County Court of Common Pleas Case No. 2011 CR 0428. On February 23, 2012, Petitioner was sentenced to an aggregate prison term of 25 years. His expected release date is in 2036. His conviction was affirmed by a panel of this Court on December 10, 2012. *State v. Higginbottom*, 11th Dist. Portage No. 2012-P-0028, 2012-Ohio-5834.

{¶3} On October 10, 2023, Petitioner filed the underlying petition for writ of habeas corpus against the Warden of Allen-Oakwood Correctional Institution, the Ohio Attorney General, the Portage County Prosecutor, and a judge of the Portage County Court of Common Pleas. Petitioner seeks immediate release from prison. Respondents filed a motion to dismiss pursuant to Civ.R. 12(B)(6) which alleges, among other things, that this Court lacks jurisdiction.

{¶4} R.C. 2725.03 provides:

> If a person restrained of his liberty is an inmate of a state benevolent or correctional institution, the location of which is fixed by statute and at the time is in the custody of the officers of the institution, no court or judge other than the courts or judges of the county *in which the institution is located has jurisdiction to issue or determine a writ of habeas corpus for his production or discharge*. Any writ issued by a court or judge of another county to an officer or person in charge at the state institution to compel the production or discharge of an inmate thereof is void.

(Emphasis added).

{¶5} Petitioner admits in paragraph 3 of his petition that he is incarcerated in Lima, Ohio at the Allen-Oakwood Correctional Institution located in Allen County which is

2

Case No. 2023-P-0079

not a county within this Court's jurisdiction. We therefore lack jurisdiction to entertain the petition. *Lucci v. Turner*, 11th Dist. Lake No. 2020-L-085, 2020-Ohio-4697, ¶ 4 citing *Rockwell v. Geauga Cty. Court of Common Pleas*, 11th Dist. Geauga No. 2005-G-2661, 2005-Ohio-5762. *See also*, *Brown v. Hall*, 123 Ohio St.3d 381, 2009-Ohio-5592, 916 N.E.2d 807, ¶ 1.

{¶6} As we lack jurisdiction in this case, this action must be dismissed. Thus, respondents' motion to dismiss is granted and the petition for writ of habeas corpus is dismissed. All other pending motions are overruled as moot.

EUGENE A. LUCCI, P.J., JOHN J. EKLUND, J., ROBERT J. PATTON, J., concur.

3